UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE O. PEREZ, | ) NO. CV 09-3144 FMO |
| Plaintiff, | ) |
| v. | ) **ORDER TO SHOW CAUSE** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

Pursuant to the court's Order Re: Further Proceedings, filed on December 16, 2009 ("Court's Order of December 16, 2009"), plaintiff's Motion for Summary Judgment ("Motion") was due on February 19, 2009.[1] It appears from the record that plaintiff's Motion has not been filed as required by the Court's Order of December 16, 2009.

Accordingly, IT IS HEREBY ORDERED THAT, on or before **April 16, 2010,** plaintiff shall show cause, if any, why this action should not be dismissed for plaintiff's failure to prosecute this action and/or to comply with the Court's Order of December 16, 2009. **Plaintiff shall attempt to show such cause in writing by filing a declaration signed under penalty of perjury. In**

---

[1] Plaintiff's Motion was due within 30 days after the Answer and transcript of administrative proceedings were filed, (see Court's Order of December 16, 2009, at 2), which was on January 20, 2010.

**particular, plaintiff's declaration must address why the Motion for Summary Judgment has not been filed, even though it was due 42 days ago.  Failure timely to file such a declaration or to show cause as ordered will result in dismissal of this action for failure to prosecute and/or to comply with a court order.**

**Filing of the Motion for Summary Judgment shall be a satisfactory response to the Order to Show Cause.  However, absent exceptional circumstances, no extensions will be granted for the filing of the Motion for Summary Judgment**.

**IT IS SO ORDERED.**

Dated this 2nd day of April, 2010.

                                                              /s/
                                       Fernando M. Olguin
                                 United States Magistrate Judge